Opinion issued September 24, 2009 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00372-CV

____________


LATIN AMERICA BROADCASTING OF TEXAS, INC., Appellant


V.


PLURAL ENTERTAINMENT, INC., Appellee






On Appeal from the 270th District Court

Harris County, Texas

Trial Court Cause No. 2008-45729






MEMORANDUM OPINION

 Appellant has filed an unopposed motion to dismiss the appeal. No opinion
has issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Massengale.